UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIC MOSLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. MA, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0945 WBS AC P<br><br><br>ORDER |

By order filed August 23, 2019, the court lifted the stay in this action and directed defendants to file and serve their answer to the complaint within 21 days, or by September 13, 2019. See ECF No. 21. That deadline has passed, but defendants (who are represented by the Office of the California Attorney General) have not filed a responsive pleading or otherwise communicated with the court. Failure to timely file a pleading responsive to plaintiff's complaint renders defendants Ma and Posey vulnerable to default in this action. See Fed. R. Civ. P. 55.

Accordingly, pursuant to Rule 11(c)(3), Federal Rules of Civil Procedure, IT IS HEREBY ORDERED that, within fourteen (14) days after the filing date of this order, defense counsel shall file and serve the following: (1) a responsive pleading on behalf of defendants Ma and Posey; and (2) a verified statement that shows reasonable cause for counsel's delay and demonstrates

////

////

why sanctions should not be imposed. Failure of counsel to timely comply with this order shall result in the imposition of appropriate sanctions under Rule 11(c)(4), Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: September 24, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE