UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIMITRIC MOSLEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. MA, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-0945 WBS AC P<br><br><br>ORDER |

The court has reviewed the amended declaration of defense counsel in response to this court's order to show cause filed September 25, 2019, and notes the filing of defendants' answer to plaintiff's complaint. Good cause having been shown, IT IS HEREBY ORDERED that the order to show cause is DISCHARGED.

DATED: September 27, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE