IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIMITRIC MOSLEY,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**DR. MA, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:16-cv-00945 WBS AC P<br><br>[~~PROPOSED~~] <u>ORDER</u> GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER |

　　　Good cause appearing, Defendants' motion to modify the October 2, 2019 Scheduling Order, ECF No. 35, to extend the discovery deadline by thirty-five days is GRANTED for the purpose of re-scheduling plaintiff's deposition at his new place of incarceration.

　　　Discovery shall be completed no later than March 6, 2020. In all other respects, the October 2, 2019 Scheduling Order remains in full force and effect.

　　　IT IS SO ORDERED.

DATED: January 27, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1