IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIMITRIC MOSLEY,**<br><br>             Plaintiff,<br><br>     v.<br><br>**DOCTOR MA, et al.,**<br><br>             Defendants.. | Case No. 2:16-cv-00945 WBS AC P<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER |

   Defendants Posey, R.N., and Ma, M.D., move for an order modifying the October 2, 2019 Scheduling Order to extend the deadline for filing dispositive motions, due to unavoidable delays associated with the COVID-19 health crisis.

   Good cause having been shown, IT IS HEREBY ORDERED that defendants' motion, ECF No. 27, is GRANTED.  The Dispositive Motion Deadline is extended to July 10, 2020 for all parties.

DATED: April 25, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE